

# EMERGENCY
## Commonwealth of Massachusetts



SUFFOLK, ss.     REFERENCE NO. H013/008726

To the Sheriffs of our several Counties, or their Deputies, or any Constable of any City or Town within our said Commonwealth:

*12-23-00*, GREETING.

WE command you to serve the below-described person, or legal entity:

*Lincoln Smith / owner*
*6 Willis St.*
*Dorchester, MA. 02125*

**CITY OF BOSTON**

*wd. 13*

owner-occupant, tenant, or agent of property located in the City of Boston at: *O'Shea*
*11 Newport St. #1*     *436-6657*

The Commissioner of the Inspectional Services Department of the City of Boston has adjudged certain property which you own, manage, occupy or are in control of is in violation of 105 CMR 410.000 State Sanitary Code, Chapter II Minimum Standards of Fitness for Human Habitation. Authorized under Chapter 111, Section 127A of the Massachusetts General Laws or is in violation of other Massachusetts General Laws, or is in violation of certain ordinances of the City of Boston to wit:

**VIOLATION** *205 CMR 410*

① *Reg. 200 Heating facilities not properly maintained. B.F.D. shut down furnace due to soot build-up. Vents in unit have soot build-up. Also Repair/Replace furnace, clean soot from forced hot air vents inside unit — Bathroom, Living Room and Right bedroom.*

② *Reg. 201 minimum temp. requirements not met.*
*68°F daytime   64°F nighttime*
*6:30 P.M.  Rear bdrm 56.5°F*
*Lft. bdrm 57.8°F   Kitchen 56.3°F*
*Bathroom 57.6°F  Living Rm. 52.4°F*
*Rt-bdrm. 56.5°F*
*Restore Heat*

"By virtue of the authority granted under Chap. 1 Sec. 400:200B, of the Sanitary Code. I hereby notify you that an emergency condition exists and that above violations must be corrected to meet this emergency".

"It is hereby stated that violations may endanger or materially impair the health or safety, and well being of any tenant therein or persons occupying said property."

HEREOF FAIL NOT, under penalty of law to comply with said Sanitary Code, within 24 hours. (Signed under the pains and penalties of perjury.)

*Lesley Christon*
Inspector
No. *716*
*635-5322*

_____
Commissioner
Boston Inspectional Services

(SEE REVERSE SIDE FOR FURTHER NOTICE)

Compensation Will Not Be Allowed Unless Officer's
Return Contains a Bill of Items, Together with Affidavits

Boston, 12/23 20 00

Officer's Return, Suffolk, ss.

By virtue of this writ, I this day served the before-described person or entity by:
(Circle Number that indicates method of service)
1. Personally.
2. By leaving a copy of the order at his last and usual place of abode.
3. By registered or certified mail, return receipt requested.
4. The premises are unoccupied and the residence of the owner or agent is unknown or is without the Commonwealth, therefore, I posted the order on a conspicuous place on the premises.

A true copy.
Attest: _Lesley Christos_
(Please state title)

LESLEY CHRISTOS,
CONSTABLE-CITY OF BOSTON

Fees,
Service,
Travel,

(If served other than personally please state reasons)
No Ans./Posted interior Front Hall door

### EMERGENCY PROCEDURES — RIGHT TO A HEARING

With respect to a petitioner's right to a hearing, the State Sanitary Code 400,200(B) states that the person against whom this order is cited must first comply with this order within 24 hours from the date of receipt of said order. When you have corrected the specified violation, you may petition this Department for a hearing (in writing and within seven (7) days from the receipt of the order). Each day's failure to comply with this order will constitute a separate offense.

You have the right to inspect and obtain copies of all relevant inspections or investigation reports, orders, notices and other documentary information in the possession of this Department. This is a legal notice and no further notice will be given prior to prosecution under 105 CMR 410.000 State Sanitary Code, Chapter II.

If the violations are not corrected within 24 hours from your receipt of this order, you may be fined not less than ten dollars and not more than five hundred dollars, upon conviction in court. Owners should be advised that conditions that exist may permit the occupants of this dwelling to exercise one or more statutory remedies.

### NOTICE TO OCCUPANTS

If for any reason, you feel that services provided to you from the Inspectional Services Department personnel were not responsive to your needs, send written request for Hearing within 30 days after such inspection was requested or receipt of inspection report to:

Inspectional Services Department
Division of Housing Inspection
1010 Massachusetts Avenue
Boston, MA 02118



# EMERGENCY
## Commonwealth of Massachusetts

SUFFOLK, ss.    REFERENCE NO. H.O.13/008726

To the Sheriffs of our several Counties, or their Deputies, or any Constable of any City or Town within our said Commonwealth:

............12-23-00............, GREETING.

WE command you to serve the below-described person or legal entity:

Lincoln Smith /owner
6 Willis St.
Dorchester, MA. 02125

**CITY OF BOSTON**

Wd-13.

owner-occupant, tenant, or agent of property located in the City of Boston at:   O'Shea
11 Newport St. #1       436-6657

The Commissioner of the Inspectional Services Department of the City of Boston has adjudged certain property which you own, manage, occupy or are in control of is in violation of 105 CMR 410.000 State Sanitary Code, Chapter II Minimum Standards of Fitness for Human Habitation. Authorized under Chapter 111, Section 127A of the Massachusetts General Laws or is in violation of other Massachusetts General Laws, or is in violation of certain ordinances of the City of Boston to wit:
                       105 CMR 410

**VIOLATION**

③ Reg-482 No working smoke detectors inside Unit, Rear Common Area Hall first and 2nd floors.
Install working smoke detectors.

"By virtue of the authority granted under Chap. 1 Sec. 400:200B, of the Sanitary Code. I hereby notify you that an emergency condition exists and that above violations must be corrected to meet this emergency".

"It is hereby stated that violations may endanger or materially impair the health or safety, and well being of any tenant therein or persons occupying said property."

HEREOF FAIL NOT, under penalty of law to comply with said Sanitary Code, within 24 hours. (Signed under the pains and penalties of perjury.)

_Leshy Christo_
Inspector
No. 716
635-5322

_Ken J. [signature]_
Commissioner
Boston Inspectional Services

(SEE REVERSE SIDE FOR FURTHER NOTICE)

HID 28E Revised 2/00