EXHIBIT A


DEPOSITION EXHIBIT
5-Smith
2/12/04



## BOSTON INSPECTIONAL SERVICES DEPARTMENT

THOMAS M. MENINO
Mayor

KEVIN J. JOYCE
Commissioner

Served by Constable

December 28, 2000

Lincoln Smith
6 Willis Street
Dorchester, MA 02125

### NOTICE OF VIOLATION

AS THE OWNER AND OR THE OPERATOR OF THE PROPERTY LOCATED AT 11 NEWPORT STREET, IN DORCHESTER, MASSACHUSETTS, YOU ARE HEREBY PLACED ON NOTICE OF EXISTING VIOLATIONS OF STATE AND LOCAL PUBLIC SAFETY REGULATIONS AT THIS PROPERTY. PLEASE READ THIS DOCUMENT CAREFULLY AS YOUR RIGHTS MAY BE AFFECTED.

On or about December 27, 2000, inspectors from Boston Inspectional Services conducted an inspection of the above-referenced property. This inspection revealed existing public health and safety violations, including violations of the state building code. **Original Notices of Violations are attached and incorporated herein.**

You should be aware that the potential penalty for violation of the state building code is up to $1,000.00 per day per violation or imprisonment of up to one year.

The City will not permit violations of public health and safety related laws to continue. The continuation of the illegal conditions described in the attached violations constitutes an imminent threat to public health and life safety. For this reason, I am referring these violations to the Legal Division of Boston Inspectional Services which will be filing criminal and/or civil enforcement actions, seeking court ordered abatement and imposition of civil fines, if these violations are not abated immediately.

If you wish to avoid potentially lengthy and costly litigation, and wish to cooperate to remediate such violations, please contact my office immediately.

**I recommend that you refer this matter to your legal representative since legal enforcement is anticipated if the violations are not corrected in a timely manner.**

Thank you for your anticipated cooperation in this matter.

Sincerely,

*Julie B Fothergill, Esq*

Julie B. Fothergill, Esq.
Director of Policy and Planning


cc:   Anthony F. Papillo, Esq.
      Boston Inspectional Services
      Legal Department
      1010 Massachusetts Ave.
      Boston, MA 02118

# Commonwealth of Massachusetts

BD 203

**CITY OF BOSTON**

SUFFOLK, ss.

DATE FILED:
INSPECTOR:
DATE MAILED:



DEPOSITION EXHIBIT
6 - Smith
2/12/04  KP

GREETING,

Lincoln Smith
5 Willis Street
Dorchester, MA 02125

owner or in control of property located in the City of Boston at:



11 Newport Street

WARD: 13

The Commissioner of the Inspectional Services Department of the City of Boston has adjudged certain property which you own or are in control of is in violation of the State Building Code 780 CMR 118.1 sixth edition, authorized under Chapter 143, Sections 93-94 of the Massachusetts General Laws, as amended to wit:

780 CMR _____:

3310.2.1 debris from front porch rear repair not removed from site.

**TO REMEDY THIS CONDITION APPLY FOR AND SECURE A PERMIT TO REMEDY THE ABOVE DESCRIBED CONDITION OR TAKE THE ACTIONS DESCRIBED BELOW:**

remove debris

**VIOLATION NO.:** V001429-01        V001429-01

HEREOF FAIL NOT, under penalty of law to comply with said Building Code, within 30 days/ 24 hours (circle one) of the service of this Order.

For the Commissioner

_[signature]_
12-28-00

Commissioner,
Inspectional Services Department, City of Boston.

**(SEE REVERSE SIDE FOR FURTHER NOTICE)**

8/97

12-25 /2000

By virtue of the Writ I do, hereby depose and to the case described person or entity to
(CIRCLE NUMBER THAT INDICATES METHOD OF SERVICE)
1. Personally
2. By leaving a copy of the order at his last and usual place of abode or business
3. By registered or certified mail return receipt requested.
4. The premises were unoccupied and [...] and the owner agent is unknown [...] without the Commonwealth therefore I posted this order at a conspicuous place on the premises and published a copy of this notice in a newspaper of general circulation where the building is located for at least three out of five consecutive days.

A true copy
Attest

_Paul Nelly_
(Please state title)
Constable

## NOTICE

If this notice of violation is not complied with in the time period specified the building official may institute appropriate proceedings to restrain, correct, or abate the violations or to require the removal or termination of the unlawful occupancy. You are also advised that in the appropriate circumstances the building official may take action to make a building safe or to raze the building. The cost of any such work incurred by the building official will be billed to the owner or person in control and will become a lien on the property. (780 CMR 118.3, 121)

Whoever violates any provision of the State Building Code shall be punishable by a fine of not more than one thousand dollars ($1,000.00) or by imprisonment of not more than one (1) year or both for each such violation. Each day during which a violation exists shall constitute a separate offense. (780 CMR 118.4)

The imposition of the penalties described above shall not preclude the building official from instituting an appropriate civil action to restrain, correct, or abate a violation of the State Building Code. (780 CMR 118.5)

You may have a right, as provided for in 780 CMR 122, to appeal this Order to either the local building code appeals board or the State Building Code Appeals Board.



# Commonwealth of Massachusetts

BD 203

**CITY OF BOSTON**

SUFFOLK, ss.

DATE FILED:
INSPECTOR:
DATE MAILED:

**GREETING,**

Lincoln Smith
4 Wilton Street
Dorchester, MA 02125 owner or in control of property located in the City of Boston at:



11 Newport Street

**WARD:** 13

The Commissioner of the Inspectional Services Department of the City of Boston has adjudged certain property which you own or are in control of is in violation of the State Building Code 780 CMR 118.1 sixth edition, authorized under Chapter 143, Sections 93-94 of the Massachusetts General Laws, as amended to wit:

**780 CMR _____:**

2305-3 floor joists in basement not caed in excess of limitations imposed by 780CMR

**TO REMEDY THIS CONDITION APPLY FOR AND SECURE A PERMIT TO REMEDY THE ABOVE DESCRIBED CONDITION OR TAKE THE ACTIONS DESCRIBED BELOW:**

Supply this department with an affidavit of Structural adequacy or reinforce cut members to bring joists into compliance with 780CMR.

**VIOLATION NO.:** V1430/01

HEREOF FAIL NOT, under penalty of law to comply with said Building Code, within 30 days/ 24 hours (circle one) of the service of this Order.

For the Commissioner

Commissioner,
Inspectional Services Department, City of Boston.

*(SEE REVERSE SIDE FOR FURTHER NOTICE)*

D 8/97

12-28 X 2000

By virtue of this writ, I this day served the notice described upon the entity by
(CIRCLE NUMBER THAT INDICATES METHOD OF SERVICE)
1. Personally
2. By leaving a copy of this order at his last and usual place of abode or business.
3. By registered or certified mail, return receipt requested.
4. The premises are unoccupied and the residence of the owner/agent is unknown or is without the Commonwealth, therefore, I posted the order in a conspicuous place on the premises, and published a copy of this notice in a newspaper of general circulation where the building is located for at least three out of five consecutive days.

A true copy.
Attest:

_____
(Please state title)
Constable

## NOTICE

If this notice of violation is not complied with in the time period specified the building official may institute appropriate proceedings to restrain, correct, or abate the violations or to require the removal or termination of the unlawful occupancy. You are also advised that in the appropriate circumstances the building official may take action to make a building safe or to raze the building. The cost of any such work incurred by the building official will be billed to the owner or person in control and will become a lien on the property. (780 CMR 118.3, 121)

Whoever violates any provision of the State Building Code shall be punishable by a fine of not more than one thousand dollars ($1,000.00) or by imprisonment of not more than one (1) year or both for each such violation. Each day during which a violation exists shall constitute a separate offense. (780 CMR 118.4)

The imposition of the penalties described above shall not preclude the building official from instituting an appropriate civil action to restrain, correct, or abate a violation of the State Building Code. (780 CMR 118.5)

You may have a right, as provided for in 780 CMR 122, to appeal this Order to either the local building code appeals board or the State Building Code Appeals Board.

# Commonwealth of Massachusetts

BD 203

**CITY OF BOSTON**

SUFFOLK, ss.

DATE FILED:
INSPECTOR:
DATE MAILED:

GREETING,

owner or in control of property located in the City of Boston at:

WARD:

The Commissioner of the Inspectional Services Department of the City of Boston has adjudged certain property which you own or are in control of is in violation of the State Building Code 780 CMR 118.1 sixth edition, authorized under Chapter 143, Sections 93-94 of the Massachusetts General Laws, as amended to wit:

**780 CMR _____:**

713-1 Ceiling in basement open to first floor no fire stopping around penetrations.

**TO REMEDY THIS CONDITION APPLY FOR AND SECURE A PERMIT TO REMEDY THE ABOVE DESCRIBED CONDITION OR TAKE THE ACTIONS DESCRIBED BELOW:**

Apply and secure a permit to install firestopping between basement and 1st floor or vacate immediately.

**VIOLATION NO.:** V001428/01

HEREOF FAIL NOT, under penalty of law to comply with said Building Code, within 30 days/ 24 hours (circle one) of the service of this Order.

For the Commissioner

_____

Commissioner,
Inspectional Services Department, City of Boston.

(SEE REVERSE SIDE FOR FURTHER NOTICE)

Boston  12-28, 2002

By virtue of this Writ, this day I served the above described person or entity by
(CIRCLE NUMBER THAT INDICATES METHOD OF SERVICE)

1. **Personally**
2. By leaving a copy of the order at his last and usual place of abode or business
3. By registered or certified mail, return receipt requested.
4. The premises are unoccupied and the residence of the owner agent is unknown or is without the Commonwealth, therefore I posted the order in a conspicuous place on the premises, and published a copy of this notice in a newspaper of general circulation where the building is located for at least three out of five consecutive days.

A true copy.
Attest:

_Paul Nally_
(Please state title)

Constable

### NOTICE

If this notice of violation is not complied with in the time period specified the building official may institute appropriate proceedings to restrain, correct, or abate the violations or to require the removal or termination of the unlawful occupancy. You are also advised that in the appropriate circumstances the building official may take action to make a building safe or to raze the building. The cost of any such work incurred by the building official will be billed to the owner or person in control and will become a lien on the property. (780 CMR 118.3, 121)

Whoever violates any provision of the State Building Code shall be punishable by a fine of not more than one thousand dollars ($1,000.00) or by imprisonment of not more than one (1) year or both for each such violation. Each day during which a violation exists shall constitute a separate offense. (780 CMR 118.4)

The imposition of the penalties described above shall not preclude the building official from instituting an appropriate civil action to restrain, correct, or abate a violation of the State Building Code. (780 CMR 118.5)

You may have a right, as provided for in 780 CMR 122, to appeal this Order to either the local building code appeals board or the State Building Code Appeals Board.



# Commonwealth of Massachusetts

BD 203

**CITY OF BOSTON**

SUFFOLK, ss.

DATE FILED:
INSPECTOR:
DATE MAILED:

GREETING,

Lincoln Smith
Willie Street
Dorchester, MA 02124 owner or in control of property located in the City of Boston at:

WARD:

11 Newport Street

The Commissioner of the Inspectional Services Department of the City of Boston has adjudged certain property which you own or are in control of is in violation of the State Building Code 780 CMR 118.1 sixth edition, authorized under Chapter 143, Sections 93-94 of the Massachusetts General Laws, as amended to wit:

780 CMR _____:

110.1 failure to secure a permit to install replacement windows



**TO REMEDY THIS CONDITION APPLY FOR AND SECURE A PERMIT TO REMEDY THE ABOVE DESCRIBED CONDITION OR TAKE THE ACTIONS DESCRIBED BELOW:**

apply and secure a permit to install windows

**VIOLATION NO.:** V001433/01

HEREOF FAIL NOT, under penalty of law to comply with said Building Code, within 30 days/ 24 hours (circle one) of the service of this Order.

For the Commissioner

_Klm Wray_
12-28-00

Commissioner,
Inspectional Services Department, City of Boston.

**(SEE REVERSE SIDE FOR FURTHER NOTICE)**

plumbing
basement

12-28 / 2000

By virtue of this Writ I hereby serve the below described person or entity by
(CIRCLE NUMBER THAT INDICATES METHOD OF SERVICE)
1. Personally
2. By leaving a copy of the order at his last and usual place of abode or business
3. By registered or certified mail, return receipt requested
4. The premises are unoccupied and the residence of the user or agent is unknown or is without the Commonwealth; therefore, I posted the order in a conspicuous place on the premises, and published a copy of this notice in a newspaper of general circulation where the building is located for at least three out of five consecutive days.

A true copy.
Attest:

_Paul Nally_
(Please state title)
Constable

## NOTICE

If this notice of violation is not complied with in the time period specified the building official may institute appropriate proceedings to restrain, correct, or abate the violations or to require the removal or termination of the unlawful occupancy. You are also advised that in the appropriate circumstances the building official may take action to make a building safe or to raze the building. The cost of any such work incurred by the building official will be billed to the owner or person in control and will become a lien on the property. (780 CMR 118.3, 121)

Whoever violates any provision of the State Building Code shall be punishable by a fine of not more than one thousand dollars ($1,000.00) or by imprisonment of not more than one (1) year or both for each such violation. Each day during which a violation exists shall constitute a separate offense. (780 CMR 118.4)

The imposition of the penalties described above shall not preclude the building official from instituting an appropriate civil action to restrain, correct, or abate a violation of the State Building Code. (780 CMR 118.5)

You may have a right, as provided for in 780 CMR 122, to appeal this Order to either the local building code appeals board or the State Building Code Appeals Board.



# Commonwealth of Massachusetts

BD 203

SUFFOLK, ss.

**CITY OF BOSTON**

DATE FILED:
INSPECTOR:
DATE MAILED:

GREETING,

Lincoln Porth
6 Willis Street
Dorchester, MA 02125



owner or in control of property located in the City of Boston at:

12 Newport Street

WARD: 15

The Commissioner of the Inspectional Services Department of the City of Boston has adjudged certain property which you own or are in control of is in violation of the State Building Code 780 CMR 118.1 sixth edition, authorized under Chapter 143, Sections 93-94 of the Massachusetts General Laws, as amended to wit:

780 CMR _____:

113.3 Failure to comply with permit #03356 issued 10/30/00 no railings installed on front porch stairs, roof not adequately supported - violation was written to repair rear porches -front porch not included.

**TO REMEDY THIS CONDITION APPLY FOR AND SECURE A PERMIT TO REMEDY THE ABOVE DESCRIBED CONDITION OR TAKE THE ACTIONS DESCRIBED BELOW:**

apply and secure a permit for front and bring porches into compliance with 780CMR or vacate building immediately.

**VIOLATION NO.:** V001431/01

HEREOF FAIL NOT, under penalty of law to comply with said Building Code, within 30 days/ 24 hours (circle one) of the service of this Order.

For the Commissioner

_____

12/20/00

Commissioner,
Inspectional Services Department, City of Boston.

**(SEE REVERSE SIDE FOR FURTHER NOTICE)**

*12-28* of 2000

By virtue of this Writ, I on this day served the notice described personally or by
(CIRCLE NUMBER THAT INDICATES METHOD OF SERVICE)
1. Personally
2. By leaving a copy of the order at his last and usual place of abode or business
3. By registered or certified mail, return receipt requested
4. The premises are unoccupied and the whereabouts of the owner agent is unknown or without the Commonwealth; therefore, I posted this order on a conspicuous place on the premises and published a copy of this notice in a newspaper of general circulation where the building is located for at least three out of five consecutive days.

A true copy,
Attest:

*[signature]*
(Please state title)
Constable

## NOTICE

If this notice of violation is not complied with in the time period specified the building official may institute appropriate proceedings to restrain, correct, or abate the violations or to require the removal or termination of the unlawful occupancy. You are also advised that in the appropriate circumstances the building official may take action to make a building safe or to raze the building. The cost of any such work incurred by the building official will be billed to the owner or person in control and will become a lien on the property. (780 CMR 118.3, 121)

Whoever violates any provision of the State Building Code shall be punishable by a fine of not more than one thousand dollars ($1,000.00) or by imprisonment of not more than one (1) year or both for each such violation. Each day during which a violation exists shall constitute a separate offense. (780 CMR 118.4)

The imposition of the penalties described above shall not preclude the building official from instituting an appropriate civil action to restrain, correct, or abate a violation of the State Building Code. (780 CMR 118.5)

You may have a right, as provided for in 780 CMR 122, to appeal this Order to either the local building code appeals board or the State Building Code Appeals Board.



# Commonwealth of Massachusetts

BD 203

**CITY OF BOSTON**

SUFFOLK, ss.

DATE FILED:
INSPECTOR:
DATE MAILED:

GREETING,

Joseph Sattar
Willis Street
Roxbury, MA 02125



owner or in control of property located in the City of Boston at:

13 Newport Street

WARD: 13

The Commissioner of the Inspectional Services Department of the City of Boston has adjudged certain property which you own or are in control of is in violation of the State Building Code 780 CMR 118.1 sixth edition, authorized under Chapter 143, Sections 93-94 of the Massachusetts General Laws, as amended to wit:

780 CMR _____:

118.4 Violation Penalties: who ever violates any provision of 780 CMR except any capable specialized code referenced herein, shall be punished by fine of not more than $1,000. or by imprisonment for not more than one year, or both for each such violation. Each day during which a violation exist shall constitute a separate offense. The building official shall not begin criminal prosecution for such violations until the lapse of 30 day after the issuance of the written violation.

**TO REMEDY THIS CONDITION APPLY FOR AND SECURE A PERMIT TO REMEDY THE ABOVE DESCRIBED CONDITION OR TAKE THE ACTIONS DESCRIBED BELOW:**

apply and secure necessary permits and bring building into compliance with CMR 780 (Mass Code)

**VIOLATION NO.:** V001432/01

HEREOF FAIL NOT, under penalty of law to comply with said Building Code, within 30 days/ 24 hours (circle one) of the service of this Order.

For the Commissioner

_____
12/28/00

Commissioner,
Inspectional Services Department, City of Boston.

*(SEE REVERSE SIDE FOR FURTHER NOTICE)*

12-28/2000

By virtue of this Writ I this day served the within named person namely by:
(CIRCLE NUMBER THAT INDICATES METHOD OF SERVICE)
1. Personally
2. By leaving a copy of this order at his last and usual place of abode or business.
3. By registered or certified mail, return receipt requested.
4. The premises are unoccupied and the residence of the within named is unknown or is without the Commonwealth, therefore I posted the entry on a conspicuous place on the premises, and published a copy of this notice in a newspaper of general circulation where the building is located for at least three out of five consecutive days.

A true copy.
Attest:

*Paul Neally*
(Please state title)

Constable

### NOTICE

If this notice of violation is not complied with in the time period specified the building official may institute appropriate proceedings to restrain, correct, or abate the violations or to require the removal or termination of the unlawful occupancy. You are also advised that in the appropriate circumstances the building official may take action to make a building safe or to raze the building. The cost of any such work incurred by the building official will be billed to the owner or person in control and will become a lien on the property. (780 CMR 118.3, 121)

Whoever violates any provision of the State Building Code shall be punishable by a fine of not more than one thousand dollars ($1,000.00) or by imprisonment of not more than one (1) year or both for each such violation. Each day during which a violation exists shall constitute a separate offense. (780 CMR 118.4)

The imposition of the penalties described above shall not preclude the building official from instituting an appropriate civil action to restrain, correct, or abate a violation of the State Building Code. (780 CMR 118.5)

You may have a right, as provided for in 780 CMR 122, to appeal this Order to either the local building code appeals board or the State Building Code Appeals Board.