

DEPOSITION EXHIBIT 9 - Smith 2/12/04 KP

SATURDAY, MARCH 10, 2001 · BOSTON HERALD 5

# City Council worker seriously hurt in hit-and-run

**By KAREN E. CRUMMY**

The Boston City Council's chief research assistant was listed in serious condition last night after he was struck in Dorchester by a pickup truck that left the scene.

Lincoln Smith, 45, was walking to his car at 750 Adams St. when he was struck by a white pickup truck Thursday at 8 p.m., police said.

Smith, who was returning to his car after paying his respects at a wake, was taken to Boston Medical Center where he remained hospitalized.

Police impounded a pickup truck yesterday, which they believe struck Smith, but no one has been arrested in connection with the crime, according to police spokesman Clifford Connolly.

The owner of the truck, who police declined to name, has neither been identified as a suspect nor cleared of any involvement, officials said.

City Council President Charles C. Yancey said that he spoke to Smith yesterday afternoon.

"He sounded like he was in terrible pain," Yancey said. "We are gravely concerned about his health."

A hospital nurse said Smith was sleeping with the help of medication last night.

He is suffering from multiple injuries, including two broken legs, a broken jaw and other injuries, according to Connolly.

Smith, who works closely with the City Council and its committees, made headlines in 1990 when he won a $142,000 lawsuit against the city.

A Suffolk County Court found that he was illegally fired as an assistant in the city's personnel division in 1986 by then-city personnel chief Robert Consalvo.

Both former Mayor Raymond Flynn and Mayor Thomas M. Menino refused to rehire Smith, but in 1996 the council hired Smith as an assistant research chief.

Two years later, Smith, who is also a Dorchester landlord, was cited as one of the city's worst landlords.

At the end of last year, the city's Inspectional Services Department found that Smith failed to provide heat for a 73-year-old tenant for five days over the Christmas holidays.

However, Connolly said that, despite past controversies Smith has encountered, the hit-and-run Thursday appeared "random."

"It doesn't appear linked to his past at this time," Connolly said.